UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT FLEMING,**

     **Plaintiff,**

**v.**                                                                    **Case No: 8:11-cv-2578-T-27EAJ**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

     **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge (Dkt.

37), recommending that the Plaintiff's Amended Petition for All Writs Act Injunction (Dkt. 30) be

denied. Plaintiff filed objections to the Report and Recommendation (Dkt. 38), to which the

Commissioner responded (Dkt. 40). After consideration, the Report and Recommendation is

adopted, confirmed, and approved in all respects.

A district court may accept, reject, or modify a magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objection is made are accorded *de novo* review. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Objections

must "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d

1353, 1360 (11th Cir. 2009); *see Leatherwood v. Anna's Linens Co.*, 384 Fed. App'x. 853, 857 (11th

Cir. 2010). The report and recommendation is reviewed for "clear error" even in the absence of

objections. *Macort v. Prem, Inc.*, 208 Fed. App'x, 781, 784 (11th Cir. 2006).

First, as the magistrate judge correctly noted, an All Writs Act injunction is an extraordinary

remedy and should not be issued if the movant has an adequate remedy at law. *See Alabama v. U.S. Army Corps of Engineers*, 424 F.3d 1117, 1132 (11ᵗʰ Cir. 2005). Here, Plaintiff acknowledges that he has an adequate remedy at law which he has in fact exercised, an appeal to the federal district court of the unfavorable decision by the Administrative Law Judge ("ALJ"). For that reason alone, the Court declines to exercise its discretion to consider an All Writs Act injunction. Second, although Plaintiff contends that the Appeals Council and ALJ lacked subject matter jurisdiction to proceed absent a judgment from the district court and that their decisions are therefore null and void, he cites no authority supporting that contention. Lastly, Plaintiff's broad contention that the ALJ in this case has similarly denied due process to other claimants, without more, does not persuade me that the report and recommendation is erroneous.

Accordingly, Plaintiff's objections (Dkt. 38) are **OVERRULED**. The Report and Recommendation (Dkt. 37) is **ADOPTED**, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiff's Amended Petition for All Writs Act Injunction (Dkt. 30) is **DENIED**. The Clerk is directed to enter judgment in favor of Defendant.

**DONE AND ORDERED** this 23ʳᵈ day of March, 2015.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record

2